UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                   §
                                         §
MOTA, RICHARD                            §      Case No. 08-14444
                                         §
          Debtor(s)                      §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Kenneth Gardner
        U.S. Bankruptcy Court Clerk
        219 South Dearborn Street- 7th Floor
        Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/18/2010 in Courtroom 619,

        United States Courthouse
        219 South Dearborn Street
        Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner_____
                                             Clerk, U.S. Bankruptcy Court


*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MOTA, RICHARD § Case No. 08-14444
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 20,010.15 |
| and approved disbursements of | $ | 3,501.55 |
| leaving a balance on hand of[1] | $ | 16,508.60 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: Phillip D. Levey | $ 2,404.02 | $ 23.10 |
| Attorney for trustee: Phillip D. Levey | $ 3,610.50 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Other:* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 60,221.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000002* | *Ramzi Fakhouri* | $ 59,830.50 | $ 10,403.08 |
| *000003* | *CAPITAL ONE BANK (USA), N.A.* | $ 390.53 | $ 67.90 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Kenneth S. Gardner_____
Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dpruitt                Page 1 of 1                   Date Rcvd: Jan 19, 2010
Case: 08-14444                 Form ID: pdf006              Total Noticed: 18
```

The following entities were noticed by first class mail on Jan 21, 2010.
```
db          +Richard Mota,    912 N Francisco Ave,    Chicago, IL 60622-4444
aty         +Orlando Velazquez,    Ledford & Wu,    200 South Michigan Ave.,    Suite 209,
              Chicago, IL 60604-2406
tr          +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
12300517    +Aspire,    Payment Processing,    P O Box 84078,    Columbus, GA 31908-4078
12300518    +At & T,    c/o CCA,    P O Box 806,    Norwell, MA 02061-0806
12536723    +CAPITAL ONE BANK (USA), N.A.,     C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,
              NORCROSS, GA 30091-5155
12300519    +Capital One BK ( USA), NA,    P O Box 5294,    Carol Stream, IL 60197-5294
12300520    +City of Chicago,    c/o Arnold Scott Harris,    600 W Jackson # 720,    Chicago, IL 60661-5683
12300521    +Columbia Furniture Of Chicago,    2125 W Chicago Ave,    Chicago, IL 60622-4821
12300522    +Fakhouri Brothers Enterprises, Inc.,    c/o Law Offices of Ronald M Gonsky,
              815 West Van Buren Street Suite 400,    Chicago, IL 60607-3569
12300523     GMAC,    15303 AS 94th Ave,    Orland Park, IL 60462
12473021    +HILARIO MOTO,    912 N FRANCISCO,    CHICAGO IL 60622-4444
12300524    +Medicredit Corporation,    1801 California,    Corona, CA 92881-7251
12300525     NCO Financial Systems Inc,    RE CAPITAL ONE BK (USA)NA,    P O box 61247,    Dept 64,
              Virginia Beach, VA 23466
12300526    +Norwegian American Hospital,    c/o Friedman & Wexler LLC,    500 West Madison Street Ste. 2910,
              Chicago, IL 60661-4571
12454337    +Ramzi Fakhouri,    c/o Law offices of Ronald M. Gonsky. Ltd,    815 w. van buren, #191,
              Chicago, Il 60607-3566
12300527    +Ramzi Fakhouri,    c/o Law Offices of Ronald M Gonsky,    815 West Van Buren Street Suite 400,
              Chicago, IL 60607-3569
12381029     Ramzi Fakhouri,    50 sawgrass drive, lemont, il 60439
```

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
aty*        +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
                                                                                                  TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 21, 2010**                    **Signature:** _Joseph Speetjens_