UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable **JUDGE JACQUELINE P. COX**                Hearing Date **January 22, 2010**

**Bankruptcy** 08 B 14444                **Adversary**

**Title of Case** Richard Mota

**Brief Statement of Motion**  Trustee's Final Report and Applications for Compensation (#33 and #29 on docket)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS HEREBY ORDERED, due to scheduling conflict with this courts calendar, the date for above matter noticed for 2/18/10 at 9:30 a.m. is STICKEN and is re-set to 2/25/10 at 9:30 a.m. before Judge Cox.

*Jacqueline P. Cox*

UNITED STATES BANKRUPTCY JUDGE