# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
MOTA, RICHARD                                   §        Case No. 08-14444
                                                §
              Debtor(s)                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Phillip D. Levey _____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Richard Mota |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | |
| RAMZI FAKHOURI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 08-14444   JPC   Judge: JACQUELINE P. COX | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MOTA, RICHARD | Date Filed (f) or Converted (c): | 06/05/08 (f) |
| | | 341(a) Meeting Date: | 07/01/08 |
| For Period Ending: | 05/01/10 | Claims Bar Date: | 10/29/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand | 20.00 | 20.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. Chase - Checking Account | 10.00 | 10.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. Misc. Used Household Goods and Furnishings | 500.00 | 500.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. Misc used clothing | 300.00 | 300.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. 1996 Jeep Cherokee | 1,100.00 | 1,100.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 6. $20,000.00 earnest money being held by Akram Zanay | 20,000.00 | 20,000.00 | | 20,000.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 10.15 | Unknown |

TOTALS (Excluding Unknown Values)   $21,930.00   $21,930.00   $20,010.15

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/31/09      Current Projected Date of Final Report (TFR): 08/31/09

Page: 1

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-14444  -JPC |
| Case Name: | MOTA, RICHARD |
| Taxpayer ID No: | *******2100 |
| For Period Ending: | 05/01/10 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3205  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/12/08 | 6 | Akram Zanayed | Turnover of Escrow | 1121-000 | 20,000.00 | | 20,000.00 |
| 09/30/08 | 7 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 1.06 | | 20,001.06 |
| 10/31/08 | 7 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 1.94 | | 20,003.00 |
| 11/28/08 | 7 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 1.63 | | 20,004.63 |
| 12/31/08 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.02 | | 20,005.65 |
| 01/30/09 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.16 | | 20,005.81 |
| 02/27/09 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 20,005.96 |
| 03/31/09 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.18 | | 20,006.14 |
| 04/19/09 | 000101 | INTERNATIONAL SURETIES, LTD. | TRUSTEE'S BOND | 2300-000 | | 31.55 | 19,974.59 |
| | | 701 POYDRAS STREET | BOND NUMBER 016026455 | | | | |
| | | SUITE 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 04/30/09 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 19,975.03 |
| 05/29/09 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.51 | | 19,975.54 |
| 06/30/09 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.50 | | 19,976.04 |
| 07/31/09 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.51 | | 19,976.55 |
| 08/31/09 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.51 | | 19,977.06 |
| 09/30/09 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.49 | | 19,977.55 |
| 10/30/09 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.50 | | 19,978.05 |
| 11/30/09 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.50 | | 19,978.55 |
| 12/05/09 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 19,978.60 |
| 12/05/09 | | Transfer to Acct #*******3454 | Final Posting Transfer | 9999-000 | | 19,978.60 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 20,010.15 | 20,010.15 |

Ver: 15.08

Page:    2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-14444 -JPC | Trustee Name: | Phillip D. Levey |
| Case Name: | MOTA, RICHARD | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3205  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2100 | | |
| For Period Ending: | 05/01/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 20,010.15 | 20,010.15 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 19,978.60 | |
| | | | Subtotal | | 20,010.15 | 31.55 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 20,010.15 | 31.55 | |

Page Subtotals                    0.00                    0.00

Ver: 15.08

Page:   3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-14444 -JPC |
|---|---|
| Case Name: | MOTA, RICHARD |
| Taxpayer ID No: | *******2100 |
| For Period Ending: | 05/01/10 |

| Trustee Name: | Phillip D. Levey |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3454 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/05/09 | | Transfer from Acct #*******3205 | Transfer In From MMA Account | 9999-000 | 19,978.60 | | 19,978.60 |
| 12/05/09 | 000101 | Richard Mota<br>912 N Francisco Ave<br>Chicago, IL | Payment of Exemption<br>Re Earnest Money Deposit | 8100-002 | | 3,470.00 | 16,508.60 |
| 03/04/10 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL  60614 | Chapter 7 Compensation/Fees | 2100-000 | | 2,404.02 | 14,104.58 |
| 03/04/10 | 000103 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL  60614 | Chapter 7 Expenses | 2200-000 | | 23.10 | 14,081.48 |
| 03/04/10 | 000104 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,610.50 | 10,470.98 |
| 03/04/10 | 000105 | Ramzi Fakhouri<br>c/o Law Offices of Ronald M Gonsky<br>815 West Van Buren Street Suite 400<br>Chicago, IL 60607 | Claim 000002, Payment 17.38759%<br>(2-1) Breach of Contract, Failure<br>to pay rent, damage to property<br>(2-1) pdf has blank claim form: modified on 7/29/08 | 7100-000 | | 10,403.08 | 67.90 |
| 03/04/10 | 000106 | CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA 30091 | Claim 000003, Payment 17.38663% | 7100-000 | | 67.90 | 0.00 |

Page Subtotals        19,978.60        19,978.60

Ver: 15.08

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 9)*

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-14444  -JPC | |
| Case Name: | MOTA, RICHARD | |

| | |
|---|---|
| Taxpayer ID No: | *******2100 |
| For Period Ending: | 05/01/10 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3454  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 19,978.60 | 19,978.60 | 0.00 |
| Less:  Bank Transfers/CD's | | 19,978.60 | 0.00 | |
| Subtotal | | 0.00 | 19,978.60 | |
| Less:  Payments to Debtors | | | 3,470.00 | |
| Net | | 0.00 | 16,508.60 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******3205 | 20,010.15 | 31.55 | 0.00 |
| Checking Account (Non-Interest Earn - *******3454 | 0.00 | 16,508.60 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 20,010.15 | 16,540.15 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 15.08